**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATURAL RESOURCES DEFENSE COUNCIL

        Plaintiff,

-against-

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, Administrator of the U.S. Environmental Protection Agency

        Defendants.

**RULE 7.1 STATEMENT**

CIVIL ACTION NO. 07 CV 1751 (KPC)

ECF CASE

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc., submits that it is a non-profit corporation with no outstanding shares or debt securities in the hands of the public and that it does not have any parent, subsidiary, or affiliates that have issued shares or debt securities to the public.

Date: February 28, 2007
New York, NY

    Respectfully submitted,

    _/s_____
    Nancy S. Marks (NM 3348)
    Natural Resources Defense Council, Inc.
    40 West 20th Street
    New York, NY  10011
    Phone:  (212) 727-2700; Fax:  (212) 727-1773

    Mae Wu, Admission *Pro Hac Vice* Pending
    Aaron Colangelo, Admission *Pro Hac Vice* Pending
    Natural Resources Defense Council
    1200 New York Ave., NW
    Washington, D.C. 20005
    Tel: 202-289-6868; Fax: 202-289-1060

    Attorneys for Plaintiff