UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

        Plaintiff,

-against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

        Defendants.

**JUDGE CASTEL**

**07 CV 1751**

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nancy S. Marks, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    AARON COLANGELO
    NATURAL RESOURCES DEFENSE COUNCIL
    1200 New York Ave., NW, Suite 400
    Washington, D.C. 20005
    (202) 289-6868
    (202) 289-1060

Aaron Colangelo is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Aaron Colangelo.

Dated:

City, State:

        Respectfully submitted,

        *Nancy S. Marks*
        Nancy S. Marks
        2121820
        Natural Resources Defense Council
        40 West 20th Street
        New York, NY 10011
        Tel: 212-727-2700
        Fax: 212-727-1773

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

                Plaintiff,

-against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

                Defendants.

_____ CV _____ ( ____ )

**AFFIDAVIT OF NANCY MARKS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                        )  ss:
County of New York  )

Nancy Marks being duly sworn, herby deposes and says as follows:

1. I am senior attorney at the Natural Resources Defense Council, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Aaron Colangelo as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Aaron Colangelo since 2002.

4. Aaron Colangelo is an attorney at the Natural Resources Defense Council in Washington, D.C.

5. I have found Aaron Colangelo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Aaron Colangelo, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Aaron Colangelo, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Aaron Colangelo, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 27th 2007
City, State: New York, NY
Notarized: *Sharon Hargrove*

SHARON HARGROVE
Notary Public, State of New York
No. 01HA6150883
Qualified in New York County
Commission Expires Aug. 7, 2010

Respectfully submitted,

*Nancy S Marks*
Nancy S. Marks
2121820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

           Plaintiff,

-against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

           Defendants.

_____ CV _____ (____)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Nancy Marks, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    AARON COLANGELO
    NATURAL RESOURCES DEFENSE COUNCIL
    1200 New York Ave., NW, Suite 400
    Washington, D.C. 20005
    (202) 289-6868
    (202) 289-1060
    acolangelo@nrdc.org

is admitted to practice pro hac vice as counsel for the Natural Resources Defense Council in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                            United States District/Magistrate Judge



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### AARON COLANGELO

was on the 10TH day of JULY, 2000 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 29, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 28th day of February, 2007, she caused one copy of the accompanying motion to admit counsel pro hac vice to be served by first class U.S. mail, postage prepaid, on the following:

Roger R. Martella
Office of General Counsel
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Civil Process Clerk
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alyssa Robb