UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

Plaintiff,

-against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

Defendants.

**JUDGE CASTEL**

**07 CV 1751**

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nancy S. Marks, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

MAE WU
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, D.C. 20005
(202) 289-6868
(202) 289-1060

Mae Wu is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Mae Wu.

Dated:

City, State:

Respectfully submitted,

*Nancy S Marks*
Nancy S. Marks
2121820
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Tel: 212-727-2700
Fax: 212-727-1773

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

                Plaintiff,                    ____ CV _____ (____)

    -against-                 **AFFIDAVIT OF NANCY MARKS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

                Defendants.

State of New York  )
                      )   ss:
County of New York )

Nancy Marks being duly sworn, herby deposes and says as follows:

1. I am senior attorney at the Natural Resources Defense Council, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mae Wu as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Mae Wu since 2006.

4. Mae Wu is an attorney at the Natural Resources Defense Council in Washington, D.C.

5. I have found Mae Wu to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mae Wu, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mae Wu, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mae Wu, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 27th 2007

City, State: New York, NY

Notarized:

*[signature]*

Respectfully submitted,

*[signature: Nancy S Marks]*

Nancy S. Marks
2121820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

           Plaintiff,

      -against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

           Defendants.

_____ CV _____ (_____)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Nancy Marks, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        MAE WU
        NATURAL RESOURCES DEFENSE COUNCIL
        1200 New York Ave., NW, Suite 400
        Washington, D.C. 20005
        (202) 289-6868
        (202) 289-1060
        mwu@nrdc.org

is admitted to practice pro hac vice as counsel for the Natural Resources Defense Council in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                            United States District/Magistrate Judge



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MAE C. WU

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MAE C. WU was on the 3RD day of DECEMBER 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 30th day of JANUARY, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 28th day of February, 2007, she caused one copy of the accompanying motion to admit counsel pro hac vice to be served by first class U.S. mail, postage prepaid, on the following:

Roger R. Martella
Office of General Counsel
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Civil Process Clerk
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alyssa Robb