Case 1:07-cv-01751-PKC   Document 4   Filed 02/28/2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL

    Plaintiff,

    -against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and STEPHEN L.
JOHNSON, Administrator of the U.S.
Environmental Protection Agency

    Defendants.

07 cv 1751 (PKC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Nancy Marks, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> MAE WU
> NATURAL RESOURCES DEFENSE COUNCIL
> 1200 New York Ave., NW, Suite 400
> Washington, D.C. 20005
> (202) 289-6868
> (202) 289-1060
> mwu@nrdc.org

is admitted to practice pro hac vice as counsel for the Natural Resources Defense Council in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/5/07
City, State: NY, NY

_____
United States District/Magistrate Judge