

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 5th Floor
New York, New York 10007

June 13, 2007

**BY HAND DELIVERY**
The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007-1312

Re:   NRDC v. EPA, No. 07 Civ. 1751 (HBP)

Dear Judge Pitman:

      This Office represents Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator of the United States Environmental Protection Agency, in the above-referenced action. The parties have conferred, as required by Rule 26(f). In lieu of submitting a discovery plan, the parties respectfully request leave to report the parties' plan at the Rule 16(b) conference, which has been scheduled for June 28, 2007 at 4:30 p.m. Thank you for your consideration.

*APPLICATION GRANTED*

**SO ORDERED**         By:

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-15-07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

PETER M. SKINNER
Assistant United States Attorney
Telephone: (212) 637-2601
Facsimile: (212) 637-2730

cc:   Aaron Colangelo, Esq.
      Mae C. Wu, Esq.
      National Resources Defense Council
      (by facsimile)

Received JUN 14 2007 CHAMBERS OF HENRY PITMAN U.S.M.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-18-07