UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

NATURAL RESOURCES DEFENSE COUNCIL,   :

                Plaintiff,   :

  -against-   :   07 Civ. 1751 (HBP)

UNITED STATES ENVIRONMENTAL   :   SCHEDULING
PROTECTION AGENCY and STEPHEN        ORDER
L. JOHNSON, Administrator of the   :
United States Environmental
Protection Agency,   :

                Defendants.   :

-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-07

       PITMAN, United States Magistrate Judge:

       A scheduling conference having been held in this matter on June 28, 2007, for the reasons stated on the record in open court, it is hereby ORDERED that:

       1.  Plaintiff shall serve and file its motion for judgment on the pleadings no later than July 5, 2007. Defendants shall serve and file their response to the motion no later than July 26, 2007. Plaintiff shall its reply no later than August 2, 2007.

       2.  In the absence of an amicable resolution of the jurisdictional dispute, defendants shall serve and file their motion to dismiss for lack of subject matter jurisdiction no later than August 10, 2007. Plaintiff shall serve and file their response to the motion no

later than September 7, 2007. Defendants shall serve and file its reply no later than September 21, 2007.

3. A conference call will be held in this matter on August 13, 2007 at 9:30 a.m. to address the scheduling of summary judgment motion(s).

Dated: New York, New York
July 3, 2007

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Mae C. Wu, Esq.
National Resources Defense Council
40 West 20th Street
New York, New York  10011

Peter Skinner, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York  10024

2