

**NRDC**
THE EARTH'S BEST DEFENSE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-07
```

July 5, 2007

BY FACSIMILE
The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

212-805-6111

*Application Granted*

**SO ORDERED**

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-5-07

Re: *Natural Resources Defense Council v. U.S. Environmental Protection Agency*,
No. 07 Civ 1751 (HBP)

Dear Judge Pitman:

     The parties have been conferring about the possibility of settling the above-captioned case. The parties believe that we are close to settling this case; however, we will likely need another week or two to ensure that we can work out the details. Therefore, NRDC would like to request an extension of two weeks to file its Rule 12(c) Motion for a Judgment on the Pleadings. Thank you.

Respectfully,

*[signature]*

Mae C Wu
Attorney for Plaintiff, NRDC
Phone: (202) 289-2409
Fax: (202) 289-1060

cc:    Peter Skinner, Esq.
        Attorney for Defendant, U.S. EPA