*Application granted.*
*SO ORDERED*

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-17-07

**NRDC**
THE EARTH'S BEST DEFENSE

July 16, 2007

VIA FACSIMILE
The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007
212-805-6111

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-07

Re: *Natural Resources Defense Council v. U.S. Environmental Protection Agency*,
No. 07 Civ 1751 (HBP)

Dear Judge Pitman:

The parties continue to confer about settling the above-captioned case. Due to schedule conflicts, we will need another week or two to work out the details. Therefore, NRDC would like to request a second extension of two weeks to file its Rule 12(c) Motion for a Judgment on the Pleadings. Thank you.

Respectfully,

*[signature]*

Mae C Wu
Attorney for Plaintiff, NRDC
Phone: (202) 289-2409
Fax: (202) 289-1060

cc:   Peter Skinner, Esq.
      Attorney for Defendant, U.S. EPA
      (via fax)